UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRADICION 66, LLC, a California Limited Liability Company; DON CHAVA, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case: 8:15-CV-00534-DOC-RNB<br><br>**ORDER RE [17]** |

### **ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: July 7, 2015

　　　　　　　　　　　*/s/ David O. Carter*
　　　　　　　　　　　HONORABLE DAVID O. CARTER
　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE